Russell BURTON, Plaintiff-Appellee,

v.

Antone GONSALVES, Dighton Transfer Company and Ferreira's Transportation Incorporated, Defendants-Appellants.

No. 97, Docket 26494.

United States Court of Appeals
Second Circuit.

Argued Nov. 30, 1961.

Decided Nov. 30, 1961.

Gregory C. Willis, Bridgeport, Conn., for defendants-appellants.

Jacob D. Zeldes, Bridgeport, Conn. (Nathan Sachs, New Haven, Conn., and David Goldstein, Bridgeport, Conn., on the brief), for plaintiff-appellee.

Before CLARK, FRIENDLY and KAUFMAN, Circuit Judges.

PER CURIAM.

Affirmed in open court.